UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JOHN W. POLHAMUS,

       Plaintiff,

 -against-            5:05-CV-0037
                   (LEK/GHL)
JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

_____

## DECISION AND ORDER

  This matter comes before the Court following a Report-Recommendation filed on November 26, 2007, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 12).

  Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Lowe's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

  Accordingly, it is hereby

  **ORDERED**, that the Report-Recommendation (Dkt. No. 12) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

  **ORDERED**, that the Complaint (Dkt. No. 1) is **REMANDED TO THE**

1

**COMMISSIONER** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:  January 02, 2008
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge